UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-10032-CR-MARTINEZ

UNITED STATES OF AMERICA

       Plaintiff,

vs.

ANDRES ALBETO DAVILA-MENDOZA,

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District

Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Lurana S. Snow, on January 18, 2017.

A Report and Recommendation was filed on March 9, 2017, [ECF No. 67], recommending that

the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file

objections to the Report and Recommendation, however none were filed.  The Court has

reviewed the entire file and record and notes that no objections have been filed.  After careful

consideration, the Court affirms and adopts the Report and Recommendation.  Accordingly, it is

hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 67] of

United States Magistrate Judge Lurana S. Snow, is hereby **AFFIRMED and ADOPTED** in its

entirety.

The Defendant is adjudged guilty to Count 1of the Indictment, which charges him with

conspiracy to possess with intent to distribute marijuana while on board a vessel subject to the

jurisdiction of the United States, in violation of 46 U.S.C. §70506(b).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of March, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Snow
All Counsel Of Record
U.S. Probation Office